Shreepriya Gopalan
2533 Northside Dr, Apt 531
San Diego, CA 92108
(619)241-1747

FILED
'09 APR 29 PM 4: 07
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

## United States District Court
## Southern District of California

'09 CV 906   MMA CAB

| | |
|---|---|
| Shreepriya Gopalan, <br><br> vs. <br><br> San Diego Gas and Electric <br> Executive Offices <br> 8326 Century Park Court <br> San Diego, CA 92123-4150 <br><br><br> Alliant Credit Union <br> Alliant Credit Union 11545 W. Touhy Avenue <br> Chicago, IL 60666 <br><br> Time Warner Cable <br> 8949 Ware Court <br> San Diego, CA 92121 <br><br> AT&T <br> 208 S. Akard St. <br> Dallas, TX 75202 <br><br> Verizon Wireless <br> Verizon Wireless <br> Customer Service Department | Case No.: [Case number] <br> **Complaint For:** <br><br> Suing Companies that send me bills when I am the only living person using Utility and paying bills for Phone Service, Cable, Electricity and making payments on a Car owner by me and a TV bought from BestBuy. <br><br> I request the court to grant me complete freedom from all types of bills and utilities. <br><br> I also claim damages from the Smithsonian Art museum that has all the paintings contributed by me through Da Vinci who was a metaphysical being I Chinged by me. <br><br> I also caim damages incurred due to stolen material and research that is now I Chinged to be a part of schools and Universities all over the United States and the rest of the world. I sue premier Universities – Harvard, MIT since they have most of my intellectual property and have not honored me for it. They also don't exist. There is no student body or faculty or administration in any of the universities in the country or anywhere in the world. |

United States District Court, Southern District of California - 1

1 | Post Office Box 96082
2 | Bellevue, WA 98009-9682

4 | BestBuy
5 | Best Buy Corporate Customer Care
6 | P.O. Box 9312
Minneapolis, MN 55440

8 | Geico Insurance
9 | Government Employees Insurance Company
10 | One GEICO Plaza
11 | Washington, DC 20076

13 | Smithsonian American Art Museum
14 | Smithsonian American Art Museum
15 | MRC 970 Box 37012
16 | Washington, DC 20013-7012

18 | Ikea
19 | **IKEA Schaumburg**
20 | 1800 E McConnor Parkway
21 | Schaumburg, IL 60173

23 | Harvard University
24 | Massachusetts Hall
25 | Cambridge, MA 02138

27 | MIT University
28 | 77 Massachusetts Avenue
29 | Cambridge, MA 02139-4307

30 | University Of Akron, OH, USA
31 | 302 Buchtel Common. Akron, OH 44325

32 | All Other Universities in the United States

**Plaintiff alleges:**

I, Shreepriya Gopalan have the following complaint against the defendants listed above:

> I.  **Plaintiff claims damages incurred due to loss of Fraud and loss of intellectual property, Civil Rights, loss of financial property, loss of literary work and arts.**

1. All the above companies have been I Chinged into existence
2. No other person who is living in this country, uses the services provided by these companies.
3. I pay utility bills for Gas and Electric. I am a resident of San Diego and the company with its services and employees and personnel really does not exist.
4. I only get a bill from them every month. This must stop since I am the only one in the city to pay this bill. It is completely unfair that I pay this bill.
5. The same goes for AT&T and Verizon Wireless. I have a home telephone line with internet access and also a wireless telephone – the carrier being Verizon. I pay bills for these and I am the only one who does. This is completely unfair and this must stop.
6. Cable TV has been I Chinged and I am the only one who pays for this too. Cable TV services for me must be free from this point on.
7. I pay car payments every month to Alliant Credit Union. It is a sum of 501.87 USDs that I pay for a used car that I bought in 2006. I request the court to sue Alliant Credit Union since I am the only person paying them money each month for their financing service.
8. I don't want to continue making payments on the car that I bought in 2006. It has been 3 years already on these payments. I want this to end as well.
9. The Company does not exist with its employees and personnel.
10. Similarly, considering the rampant use of I Ching in the world, my payments to Best Buy for the TV that I bought must stop.

11. I sue these companies so I don't get any more bills from them. I sue them for 1 million USDs each.
12. I request the court to grant me the freedom from paying utility bills, cell phone bills, home telephone bills, BestBuy Bills, Cable TV bills and Car Payment bills.
13. Geico – the company currently bills me for Car Insurance. I do not wish to continue payment of car insurance because I am the one in the country who has been paying for Car Insurance regularly from 1999.
14. The Smithsonian Art museum has paintings I Chinged by me. Da Vinci was a metaphysical being I Chinged by me. Paintings such as the Louvre, all of Mary Magdalene's paintings, Ravi Verma's Paintings, the Angelica painting – these have all been created by me.
15. Da Vinci along with the other painters and artists from the 18th century and the ones after that were all only I Chinged beings. None were real. These paintings belong to me. I am the rightful owner. I need these paintings sent to me.
16. I sue the Smithsonian for 1 Billion USDs. I claim damages incurred due to loss of intellectual property, punitive damages, loss of great deal of financial property as well as personal property.
17. I sue Ikea since it is an I Chinged store as well.
18. I sue Harvard and MIT since these are I Chinged schools too. There is a lot of scientific information I have contributed to and these now form a part of Harvard and MIT's school course syllabus and department/course information.
19. These Universities owe me honors and degrees/diplomas at the Postgraduate level.
20. I have contributed to Arts, Dance and Music, Science, Philosophy, Psychology, Mathematics and a whole lot of information and Business acumen has gone into developing Business Programs and courses that now form a part of the course work in these Universities. I sue them for fraud and for degrees that need to be sent to me.
21. I also sue these Universities for 10 million USDs.
22. All other universities including the University of Akron too have used information and scientific data that has been I Chinged by me.
23. I request the court to grant me access to all the intellectual property that rightfully belongs to me including papers, publications, books in University libraries as well as in

other Libraries. In fact all literary work – fiction, non-fiction, scientific, technical, children. Media, entertainment has been I Chinged by me and belongs to me.

24. A lot of scientific knowledge and research done by me in my free time has been I Chinged as publications, books and University course work.

25. In fact, bookstores like Barnes and Noble and Borders must be shut down as well since no work being sold there is genuinely written by any author. A lot of the information there has been researched by me and has been I Chinged there to be sold.

04/28/2009

Shreepriya Gopalan

2533 NorthSide Dr, Apt 531

San Diego, CA 92108

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

I (a) PLAINTIFFS: SHREEPRIYA GOPALAN

DEFENDANTS: SAN DIEGO, et al

FILED
09 APR 29 PM 4:07
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: San Diego    DEPUTY

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

'09 CV 906   MMA CAB

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- 1 U.S. Government Plaintiff
- 2 U.S. Government Defendant
- 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | 1 | Incorporated or Principal Place of Business in This State | [X] 4 | 4 |
| Citizen of Another State | 2 | [X] 2 | Incorporated and Principal Place of Business in Another State | 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

FRAUD

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| 110 Insurance | 310 Airplane | 362 Personal Injury- Medical Malpractice | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reappointment |
| 120 Marine | 315 Airplane Product Liability | | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 320 Assault, Libel & Slander | 365 Personal Injury - Product Liability | 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | 430 Banks and Banking |
| 140 Negotiable Instrument | 330 Federal Employers' Liability | | 630 Liquor Laws | 820 Copyrights | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | | 368 Asbestos Personal Injury Product Liability | 640 RR & Truck | 830 Patent | 460 Deportation |
| 151 Medicare Act | 340 Marine | | 650 Airline Regs | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | PERSONAL PROPERTY | 660 Occupational Safety/Health | SOCIAL SECURITY | 810 Selective Service |
| 153 Recovery of Overpayment of Veterans Benefits | 350 Motor Vehicle | [X] 370 Other Fraud | 690 Other | 861 HIA (13958) | 850 Securities/Commodities Exchange |
| 160 Stockholders Suits | 355 Motor Vehicle Product Liability | 371 Truth in Lending | LABOR | 862 Black Lung (923) | 875 Customer Challenge 12 USC |
| 190 Other Contract | 360 Other Personal Injury | 380 Other Personal Property Damage | 710 Fair Labor Standards Act | 863 DIWC/DIWW (405(g)) | 891 Agricultural Acts |
| 195 Contract Product Liability | | 385 Property Damage Product Liability | 720 Labor/Mgmt. Relations | 864 SSID Title XVI | 892 Economic Stabilization Act |
| | | | 730 Labor/Mgmt. Reporting & Disclosure Act | 865 RSI (405(g)) | 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | 740 Railway Labor Act | FEDERAL TAX SUITS | 894 Energy Allocation Act |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence Habeas Corpus | 790 Other Labor Litigation | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 220 Foreclosure | 442 Employment | | 791 Empl. Ret. Inc. Security Act | 871 IRS - Third Party 26 USC 7609 | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | 530 General | | | 950 Constitutionality of State |
| 240 Tort to Land | 444 Welfare | 535 Death Penalty | | | 890 Other Statutory Actions |
| 245 Tort Product Liability | 440 Other Civil Rights | 540 Mandamus & Other | | | |
| 290 All Other Real Property | | 550 Civil Rights | | | |
| | | 555 Prisoner Conditions | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

[X] Original Proceeding
- 2 Removal from State Court
- 3 Remanded from Appelate Court
- 4 Reinstated or Reopened
- 5 Transferred from another district (specify)
- 6 Multidistrict Litigation
- 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
- CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: • YES • NO

## VIII. RELATED CASE(S) IF ANY (See Instructions):
JUDGE                    Docket Number

DATE 04/29/2009          SIGNATURE OF ATTORNEY OF RECORD

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44

### Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should completed the form as follows:

I.(a) Plaintiffs - Defendants. Enter names (last, first, middle intitial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giveing both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved).

(c) Attorneys. Enter firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. Jurisdiction. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place the "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction is based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, it officers or agencies, place an X in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III. Residence (citizenship) of Principal Parties. This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. Cause of Action. Report the civil statute directly related to the cause of action and give a brief description of the cause.

V. Nature of Suit. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section IV above, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

VI. Origin. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate's decision.

VII. Requested in Complaint. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. Related Cases. This section of the JS-44 is used to reference relating pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

Date and Attorney Signature. Date and sign the civil cover sheet.
(rev. 07/89)